UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-10-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Timothy Jerome Whitfield ) | |
| Tineka Rochella Whitfield ) | |

Upon motion of the United States, it is hereby ORDERED that the Information, Plea Agreement and Notice of Related Case be sealed until further order of the court.

The Clerk may provide copies of the Information and Plea Agreement to the United States Attorney and defense counsel.

This 29 February 2016.

_____
W. Earl Britt
Senior U.S. District Judge