ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. TIMOTHY JEROME WHITFIELD                          Docket No. 7:16-CR-10-1BR

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, TIMOTHY JEROME WHITFIELD, who was placed under pretrial release supervision by the Honorable W. Earl Britt, Senior U.S. District Judge, sitting in the Court at Raleigh, on the 9th day of May, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On May 9, 2016, the day of his arraignment, and June 2, 2016, the defendant tested positive for the use of marijuana, amphetamine, and methamphetamine. Additionally, he failed to report for drug testing on May 31, 2016; June 13, 2016; and July 6, 2016. Although the results of the drug test obtained on May 9, 2016, are not considered a violation of his supervision because they reflect behavior which occurred prior to the imposition of supervision, Whitfield admitted that he struggles with an addiction to marijuana and he is in need of treatment. When confronted with his use of any other substances, the defendant advised he took his wife's allergy medication only. Whitfield was reprimanded for his failure to comply with drug testing and for taking medication not prescribed to him, and he was encouraged to seek treatment for his drug addiction. The defendant signed a waiver agreeing to have his conditions of supervision modified to include the drug aftercare condition.

**PRAYING THAT THE COURT WILL ORDER** that supervision be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: July 14, 2016 |

TIMOTHY JEROME WHITFIELD
Docket No. 7:16-CR-10-1BR
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the ___15___ day of ___July___, 2016, and ordered filed and made part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge