IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-cr-10-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | |
| | ) | |
| | ) | |
| TIMOTHY WHITFIELD, | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 38 be sealed until such time that the Court determines that the afore-mentioned filing should be unsealed.

This the _1_, day of _Aug._, 2016.

W. Earl Britt
United States District Judge